JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:	541-593-4452
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDINO CABOT MANZANO,<br><br>    Plaintiff<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Comm'r of Social Security,<br><br>    Defendant<br>_____ | Case No.  2:18-CV-01397-CKD<br><br>**STIPULATION AND<br>ORDER FOR EXTENSION OF TIME<br>TO FILE PLAINTIFF'S MOTION FOR<br>SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 28 Days to November 16, 2018, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension. It is requested due to the fact that Plaintiff's counsel has been ill.

**Manzano v. Berryhill**          **Stipulation and Proposed Order**          **E.D. Cal. 2:18-cv-01397-CKD**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: October 18, 2018          JACQUELINE A. FORSLUND
                                Attorney at Law


                                */s/Jacqueline A. Forslund*
                                JACQUELINE A. FORSLUND

                                Attorney for Plaintiff


Date:  October 18, 2018         MCGREGOR W. SCOTT
                                United States Attorney
                                DEBORAH STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                                */s/Sundeep Patel for Sharon Lahey*
                                SUNDEEP PATEL FOR SHARON LAHEY
                                Special Assistant United States Attorney
                                *By email authorization

                                Attorney for Defendant


                                ORDER

APPROVED AND SO ORDERED.

Dated:  October 22, 2018
                                _____
                                CAROLYN K. DELANEY
                                UNITED STATES MAGISTRATE JUDGE

**Manzano v. Berryhill**          **Stipulation and Proposed Order**          **E.D. Cal. 2:18-cv-01397-CKD**